24

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Angela Marie Davis

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Carriage Town Ministries

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:26-cv-14038
Assigned To : Goldsmith, Mark A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 10/22/2026
Description: CMP Davis v. Carriage Town Ministries (tt)

Jury Trial: ☐ Yes ☐ No
*(check one)*

FILED
OCT 22 2026
U.S. DISTRICT COURT
FLINT, MICHIGAN

# Complaint for Employment Discrimination

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Angela M Davis |
| Street Address | 6189 Cypress Dr |
| City and County | Mt. Morris Gen Co |
| State and Zip Code | Mich 48458 |
| Telephone Number | (810) 835-9060 |
| E-mail Address | grandmaw20@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Carriage Town Ministries |
| Job or Title (if known) | those involved in agreement with termination (Director/Board) |
| Street Address | 605 Garland |
| City and County | Flint (Gen Co) |
| State and Zip Code | Mich |
| Telephone Number | (810) 233-8787 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

Name ______________________
Job or Title (if known) ______________________
Street Address ______________________
City and County ______________________
State and Zip Code ______________________
Telephone Number ______________________
E-mail Address (if known) ______________________

Defendant No. 4

Name ______________________
Job or Title (if known) ______________________
Street Address ______________________
City and County ______________________
State and Zip Code ______________________
Telephone Number ______________________
E-mail Address (if known) ______________________

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name Carriage Town Ministries (Shelter)
Street Address 605 Garland St
City and County Flint Gen Co
State and Zip Code MI
Telephone Number (810) 233-8787

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

PWDCRA

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
01/23 of 8 m till 01/14/25

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race ______
- ☐ color ______
- ☐ gender/sex ______
- ☐ religion ______
- ☐ national origin ______
- ☐ age. My year of birth is ______. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

______

E. The facts of my case are as follows. Attach additional pages if needed.

I Suffer from fibromyalgia, CARPAL tunnel. Both put limits on major life Activities. Prior to surgery I met with director Chris Townsend. Disscussed treatment necessary upon taking leave. As well AS Returning to My position Afterwards. Short-term disAbility paperwork was completed. Employer portion Dr. Chris Townsend signed. Confirming his authorization, Knowledge & Approval. Dr Completed the paperwork establishing treatment time line. While on Approved Medical leave recovering. My employment was terminated. Termination occurred one full month prior to Feb 19, 2026. Treating physician officially cleared & released me to return without restrictions. CTM (defendant) discriminated Against me on basis of my disability. Failed to provide resonable accomodations, Retaliated against me for exercising my right to take necessary Medical leave. In violation of the ADA. It was Also stated that I exshausted my FLMA. I never used it Everything was under the Short-term disAbility. I reached out to CTM for my employee File's. They were emailed to me with much missing. I have every documentation since starting. I need to be able to locate A lawyer that actually has time to sit speak & see All documents. I truly thank you in this matter, God Bless

Anlacks

(*Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.*)

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* As well As MDCR 1st Jan 2025

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* July 23, 24.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.

Was out of work when terminated 1/14/25 had bills No income Lost STD Benefits thru Aflac (life ins.) car ins. Had to borrow, pull out whatever strengs-

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 22, 2026.

Signature of Plaintiff: Angela Davis

Printed Name of Plaintiff: Angela Davis

**Additional Information:**

The right to Sue letter.
Physician Doc
Employers sig on STD doc
FLMA paperwork

Also during my employment with CTM.
The Manager of My dept Bullyed/Harrased.
That caused Anxiety/PTSD. Therapist i sought
for the situation. It took one year lemo. to
Investigate. During which therapist took me
off. The director Dr Chris Townsend Approved. it
being best until they completed investigation.
I have short term disability doc for that &
Therapist offered if needed/when needed extra
documentation. Never used FLMA.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: ____________

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Angela Marie Davis

**DEFENDANTS** Carriage Town Ministries Shelter

**(b)** County of Residence of First Listed Plaintiff Genesee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Genesee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**: Americans with Disabilities Act

Brief description of cause: Employment discrimination

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** To be determined

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ____________ DOCKET NUMBER ____________

DATE | SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

Notes :

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Detroit Field Office**
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, MI 48226
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: July 23, 2026

**To:** Ms. Angela M. Davis
6189 Cypress Dr
MOUNT MORRIS, MI 48458

**Re:** Ms. Angela M. Davis v. Carriage Town Ministries
EEOC Charge Number: 23A-2025-00887

EEOC Representative and email: Yvonne Allen
State, Local, and Tribal Coordinator
yvonne.allen@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) received this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: Ramiro Gutierrez – July 23, 2026
Ramiro Gutierrez
Field Office Director

cc: Donald G Rockwell
Attorney
G-4413 Corunna Road
Flint, MI 48532

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Detroit Field Office
Patrick V. McNamara Building
477 Michigan Ave. Rm 865
Direct Dial – 313-774-0020
Website: www.eeoc.gov

07/23/2026

Ms. Angela M. Davis
6189 Cypress Dr
MOUNT MORRIS, MI 48458

Dear Ms. Angela M. Davis:

This is in response to your inquiry concerning the charge of employment discrimination you filed against Carriage Town Ministries, EEOC Charge Number 23A-2025-00887.

Your charge was investigated by Michigan Department of Civil Rights (MDCR), which is a state agency. It does not come under the direct authority of the EEOC. However, to preclude duplication of charge processing, a worksharing agreement has been established between the EEOC and MDCR. Substantial weight is given to their findings in terms of acceptance by this agency.

We have reviewed the processing of your charge regarding your expressed concerns. Our review, including the information you provided, does not indicate a basis to change the disposition of the charge. If you wish to pursue your rights further, you may do so by filing in Federal Court using the enclosed Notice of Right to Sue. If you fail to file suit within 90 days of receipt of the original Notice, your right to file in these matters will be lost and cannot be restored.

Sincerely,

*Yvonne Allen*

Yvonne Allen
State, Local, & Tribal Coordinator

carriage Town MINISTRIES
Serving the Needy Since 1950

Re: Separation

Date: January 16, 2025

To: Ms. Angela Davis

As a follow-up to our various discussions regarding your leave of absence and subsequent exhaustion of FMLA and extended leave post FMLA exhaustion, we are all very sorry to hear that you will not be able to resume work at your present position. Unfortunately, there is no alternative position we can offer you at the present time. It is with great regret that we are separating you from employment with Carriage Town Ministries effective 1/16/2025.

We wish you the best in your future professional endeavors.

Sincerely,

*Dr. Christopher C. Townsend Sr.*

Dr. Christopher C. Townsend Sr.
Executive Director
1-810-233-8787

CS-1844
REV 4/2023

STATE OF MICHIGAN

# FAMILY & MEDICAL LEAVE ACT (FMLA)
# CERTIFICATION OF EMPLOYEE'S SERIOUS HEALTH CONDITION

PLEASE PRINT LEGIBLY

## SECTION I – For completion by employee

- You must submit a certification to support your request for FMLA within 15 calendar days of your employer's request for certification. **Not doing so may result in denial of your request.**
- You must ensure that your health care provider completes Section II and Section III or IV of this form and returns it to you.
- Return the certification form to the Disability Management Unit:
  PO Box 30831, Lansing, MI 48909 or fax to 517- 241-6898.

| | |
|---|---|
| 1. Employee Full Name: Angela Davis | 2. Employee ID #: |
| 3. Employee Job Title: | 4. Employee Regular Work Schedule: |
| 5. Employee's Essential Job Functions (also refer to any attached job description): | |

## SECTION II – For completion by health care provider

The employee listed above has requested leave under the FMLA:

- Ensure that Section I above has been completed before completing sections II and III or IV.
- Answer all applicable questions fully and completely based on your medical knowledge, experience, and examination of the patient.
- Be as specific as you can, but limit your responses to the condition for which the patient needs leave.
- Attach additional sheets if more space is needed.
- Form must be signed and dated.

| | |
|---|---|
| 1. Approximate date condition commenced: 05-12-2023 | 2. Probable duration of condition: 6m |

3. Was the patient admitted overnight in a hospital, hospice, or residential medical care facility? ☐ Yes ☒ No

If yes, list the dates of admission

4. List the dates you treated the patient for the condition: 5/12/23, 5/26/23, 6/5/23, 8/1/23, 8/10/23, 10,29,23, 12/5/23, 2/9/24

5. Will the patient need to have treatment visits at least twice per year due to the condition? ☒ Yes ☐ No

6. Was medication, other than over-the-counter medication, prescribed? ☒ Yes ☐ No

7. Was the patient referred to other health care providers for evaluation or treatment? ☒ Yes ☐ No

If yes, state the nature of such treatments and expected duration of treatment:

ortho

8. Is the medical condition pregnancy? ☐ Yes ☒ No If yes, expected delivery date:

9. Based on the essential job functions in the attached job description (or based upon the employee's own description of his or her job functions if no job description is provided), is the employee unable to perform any of the job functions due to the condition? ☒ Yes ☐ No

If yes, identify the job functions that the employee is unable to perform: Unable to lift/Bend /Stand long periods or time during flare ups

10. Provide a diagnosis and any relevant medical facts (symptoms, regimen of treatment) related to the patient's condition:

Chronic Ⓛ ankle Pain

Osteoporosis

Fibromyalgis

 (3)

**SECTION III - CONTINOUS HEALTH CONDITION – For completion by health care provider**

11. Will the employee be incapacitated for a **single** continuous period of time due to his or her medical condition, including any time for treatment or recovery?

☐ Yes ☒ No

If yes, estimate the start and end dates for the period of incapacity:

________________ through ________________
Estimated start date Estimated end date

**SECTION IV - INTERMITTENT HEALTH CONDITION – For completion by health care provider**

12. Does the medical condition require the employee to attend follow-up treatment appointments or work a reduced schedule?

☐ Yes ☒ No

If yes, estimate the number of appointments and/or the reduced work schedule that the employee needs.

☐ Follow-up treatment schedule and appointments:

Treatment schedule: ______________________________ (daily, weekly, monthly)

Dates of scheduled appointments: ______________________________ (mm/dd/yy)

Time required for each appointment, including any recovery period: ______________ (minutes, hours, days)

________________ through ________________
Estimated start date Estimated end date

☐ Work part-time or on a reduced schedule:

______Hours per day

______Days per week

________________ through ________________
Estimated start date Estimated end date

13. Will the condition cause episodic flare-ups preventing the employee from performing their job functions and is it medically necessary for the employee to be absent from work during the flare-ups?

☒ Yes ☐ No

If yes, explain why the absence is medically necessary:

Based upon the medical history and your knowledge of the medical condition, estimate both the frequency of flare ups and the duration of related incapacity over the next 6 months (e.g., one episode every 3 months lasting 1-2 days):

**Frequency:**

1 times per 1 week **OR**____ times per ____ month

**Duration:**

____ hours per episode **OR** 1 days per episode

| **Signature of Health Care Provider** [signature] | **Date** 8/9/24 |
|---|---|
| Health Care Provider's Name and Business Address (Please Print): 5710 Clio Rd Flint, MI 48504 | |

| Type of Practice / Medical Specialty: | Telephone: | Fax: |
|---|---|---|
| FNP | 810-787-4445 | 833-582-2259 |

# INITIAL DISABILITY CLAIM FORM - PHYSICIAN'S STATEMENT

Surgery

*Policy Number: P 0 Z 9 F 5 W 1

**Policyholder Information:** This * denotes a required field.

*Last Name: Davis Suffix: *First Name: Angela MI: M

*Date of Birth (mm/dd/yy): [redacted]

**Patient Information:**

*Last Name: Davis *First Name: Angela *Date of Birth (mm/dd/yy): [redacted]

**Physician Information:**

*Phone Number: 810-484-3006 *Fax Number: 810-213-0412

*Physician's Name: Zubair Sarmast MD

*Address: 4800 S. Saginaw ST

*City: Flint State: Mi Zip Code: 48507-1800

- Primary diagnosis for disability and ICD code: G56.03 Additional diagnoses: G56.23
- If due to an injury, please provide the date and details of the injury: __/__/__
- Was this disability caused by an incident that occurred while performing the duties of his/her employment? ☒ No ☐ Yes
- Symptoms first occurred on: __/__/__ If diagnosed with cancer, date of initial diagnosis: __/__/__
- Patient first consulted you for this condition on: 02/13/24
- Was the patient treated for the primary diagnosis by another physician? ☒ No ☐ Yes
  If yes, physician's name:
  Treating physician's address: Phone Number:

***If filing for disability within the first two years of the policy, medical records may be requested.**

- Pregnancy claims: Date of delivery: __/__/__ ☐ Vaginal ☐ Cesarean
- If not delivered, expected delivery date: __/__/__
- Please advise of any complications:
- First date of disability: 11/27/2024 Surgery 11/27/24 Scheduled For Next Sx on 1/8/25
- Date patient was last treated: 12/17/2024
- Have you released the patient to return to work? ☒ No ☐ Yes (Date released: __/__/__)
  Patient released to work: ☐ Full Time ☐ Part Time ☐ Light Duty
  If part time/light duty, please provide the date the patient is expected to return to full duty: 02/19/2025
- If patient has not been released, please provide the next appointment date: 1/8/25 Please also provide the date of expected release: 2/19/2025
- Is patient permanently disabled? ☒ No ☐ Yes (Medical records will be required if permanent disability is indicated; please provide medical records to patient.)

**Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime, and subjects such person to criminal and civil penalties.**

[signature] 12/20/24 383-678-304

PHYSICIAN'S SIGNATURE DATE TAX ID

04629 D 4031
PCEXD150

810-603-8200 | 600 Health Park Blvd Suite A | Grand Blanc, MI 48439

SURGERY CENTER At Health Park

Name: DAVIS, ANGELA M (F)
[redacted]

DOS: 11/27/2024 Phys: Sarmast, Zubair, MD
Address: 6189 CYPRESS DR, Mount Morris, MI 48458-2807
Proc: right carpal and cubital tunnel release, PAIN BLOCK

**Signed By: Patient/Guardian** - Family Member
11/27/2024 09:14

**Signed By: Witness** - Darcy, S
11/27/2024 09:14

## Follow Up Appointment

as scheduled

## Medication Reconciliation

### Medications to Continue at Home

| Medication | Dose | Form / Frequency |
|---|---|---|
| cyclobenzaprine | | / BID |
| amlodipine | | / |

Notes: May have tylenol at 1130. Take Norco and Ibuprofen as directed.

**Signed By:** S, Zubair, MD
11/27/2024 06:40

Day of procedure

# INITIAL DISABILITY CLAIM FORM-EMPLOYER'S STATEMENT

***Policy Number:** P 0 Z 9 F 5 W 1

Swagger

**Policyholder Information:** This * denotes a required field.

*Last Name: DAVIS
Suffix:
*First Name: ANGELA
MI: M

*Date of Birth (mm/dd/yy): [redacted]

I only recived

*Employee's Name (Last Name, Suffix, First Name, MI): DAVIS ANGELA M

*Employer's Name/Account #:

*Employer's Phone Number: 810-233-8787

*Employer's Address: 605 GARLAND ST

*City: FLINT
*State: MI
*Zip Code: 48503-

- First date of disability: 11 / 27 / 2024
- Was this disability caused by an incident that occurred while performing the duties of his/her employment? ☑ No ☐ Yes
- Prior to this disability, number of hours worked per week: 40hrs
- Gross annual income prior to disability: $29,120.00 ***Income is subject to verification at time of claim.**
  Self-employed? ☐ No ☐ Yes (If yes, your gross annual income is the average of your net earnings for the past two years. Please submit tax records for the past two years.)
- Has the employee returned to work? ☑ No ☐ Yes
- If no, expected return to work date: 2 / 14 / 2026 If yes, date returned to work: ___/___/___
- If the employee has returned to work is he or she working: ☐ Full-Time ☐ Part-Time ☐ Light Duty
  If working part time or light duty, please provide the number of working hours per week: ______
  If part-time/light duty, date expected to return to work to full-time: ___/___/___
  If part-time/light duty, is/was the employee earning at least 80% of his/her pre-disability salary? ☐ No ☐ Yes

**Please complete this section only for W-2 Employees and/or Contract 1099. (Please contact payroll and/or check the policyholder's Salary Redirection Agreement/Premium Deduction Authorization card for the answer to these questions.)**

- Are Disability Rider or Short-Term Disability premiums deducted from the policyholder's paycheck on a pre-tax basis? ☑ No ☐ Yes
- Does the employer pay a portion of the disability premium for the policyholder? ☐ No ☑ Yes (If yes, what percent? 100 %)
- Policyholder is: (Check all that apply.) ☐ Exempt from Social Security ☐ Exempt from Medicare ☐ Subject to RRTA
- Date of hire: 04 / 26 / 21
- Is the person still employed? ☐ No ☑ Yes
  - If no, last date of employment: ___/___/___

***Please note:***
The employer is required to report disability benefits paid on pre-tax plans on Form 941 and the employee's Form W-2.

**Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime, and subjects such person to criminal and civil penalties.**

| EMPLOYER'S SIGNATURE | EMPLOYER'S PRINTED NAME | TITLE | DIRECT PHONE NUMBER | DATE |
|---|---|---|---|---|
| (signature) | DR. CHRIS TOWNSEND | EXE. DIRECTOR | 810-233-8787 | 01/03/2026 |

04629 0 4030
PCEXD150

③

CS-1844
REV 4/2023

STATE OF MICHIGAN

# FAMILY & MEDICAL LEAVE ACT (FMLA)
# CERTIFICATION OF EMPLOYEE'S SERIOUS HEALTH CONDITION

PLEASE PRINT LEGIBLY

## SECTION I – For completion by employee

- You must submit a certification to support your request for FMLA within 15 calendar days of your employer's request for certification. **Not doing so may result in denial of your request.**
- You must ensure that your health care provider completes Section II and Section III or IV of this form and returns it to you.
- Return the certification form to the Disability Management Unit:
  PO Box 30831, Lansing, MI 48909 or fax to 517- 241-6898.

| | |
|---|---|
| 1. Employee Full Name: Angela Davis | 2. Employee ID #: |
| 3. Employee Job Title: Cook | 4. Employee Regular Work Schedule: |

5. Employee's Essential Job Functions (also refer to any attached job description):

## SECTION II – For completion by health care provider

The employee listed above has requested leave under the FMLA:

- Ensure that Section I above has been completed before completing sections II and III or IV.
- Answer all applicable questions fully and completely based on your medical knowledge, experience, and examination of the patient.
- Be as specific as you can, but limit your responses to the condition for which the patient needs leave.
- Attach additional sheets if more space is needed.
- Form must be signed and dated.

| | |
|---|---|
| 1. Approximate date condition commenced: 5/12/2023 | 2. Probable duration of condition: 2 weeks |

3. Was the patient admitted overnight in a hospital, hospice, or residential medical care facility? ☐ Yes ☒ No

If yes, list the dates of admission

4. List the dates you treated the patient for the condition: Biweekly since 7/21/2023

5. Will the patient need to have treatment visits at least twice per year due to the condition? ☒ Yes ☐ No

6. Was medication, other than over-the-counter medication, prescribed? ☒ Yes ☐ No

7. Was the patient referred to other health care providers for evaluation or treatment? ☐ Yes ☒ No

If yes, state the nature of such treatments and expected duration of treatment:

8. Is the medical condition pregnancy? ☐ Yes ☒ No If yes, expected delivery date:

9. Based on the essential job functions in the attached job description (or based upon the employee's own description of his or her job functions if no job description is provided), is the employee unable to perform any of the job functions due to the condition? ☒ Yes ☐ No

If yes, identify the job functions that the employee is unable to perform:

anxiety, Excess worry, panic, stress

10. Provide a diagnosis and any relevant medical facts (symptoms, regimen of treatment) related to the patient's condition:

GAD

Generalized Anxiety Disorder

**SECTION III - CONTINOUS HEALTH CONDITION – For completion by health care provider**

11. Will the employee be incapacitated for a **single** continuous period of time due to his or her medical condition, including any time for treatment or recovery?

☒ Yes ☐ No

If yes, estimate the start and end dates for the period of incapacity:

8/2/2024 through 2/2/2025
Estimated start date  Estimated end date

**SECTION IV - INTERMITTENT HEALTH CONDITION – For completion by health care provider**

12. Does the medical condition require the employee to attend follow-up treatment appointments or work a reduced schedule?

☒ Yes ☐ No

If yes, estimate the number of appointments and/or the reduced work schedule that the employee needs.

☒ Follow-up treatment schedule and appointments:

Treatment schedule: Bi-weekly (daily, weekly, monthly)

Dates of scheduled appointments: 8/2/2024 (mm/dd/yy)

Time required for each appointment, including any recovery period: ________ (minutes, hours, days)

8-2-2024 through 2-2-2025
Estimated start date  Estimated end date

☐ Work part-time or on a reduced schedule:

_______Hours per day

_______Days per week

_______ through _______
Estimated start date  Estimated end date

13. Will the condition cause episodic flare-ups preventing the employee from performing their job functions and is it medically necessary for the employee to be absent from work during the flare-ups?

☒ Yes ☐ No

If yes, explain why the absence is medically necessary:

8 hours / Anxiety, GAD, Panic

Based upon the medical history and your knowledge of the medical condition, estimate both the frequency of flare ups and the duration of related incapacity over the next 6 months (e.g., one episode every 3 months lasting 1-2 days):

**Frequency:** 1 times per 1 week **OR** 4 times per 1 month

**Duration:** 8 hours per episode **OR** 1 days per episode

| **Signature of Health Care Provider** | | **Date** |
|---|---|---|
| Albert Uyhaj - Director of Behavioral Health | | 8/2/2024 |
| Health Care Provider's Name and Business Address (Please Print): Albert Uyhaj 5710 Clio Rd Flint, mi. 48503 | | |
| Type of Practice / Medical Specialty: Family | Telephone: 810-787-4445 | Fax: |

1

# CONTINUING DISABILITY CLAIM FORM - PHYSICIAN'S STATEMENT

Member DR CHILES

***Policy Number:**

**Policyholder Information:** This * denotes a required field.

*Last Name: Davis | Suffix: — | *First Name: ANGELA | MI: M

*Date of Birth (mm/dd/yy): / /

**Patient Information:**

*Last Name: Davis | *First Name: Angela | *Date of Birth: [redacted]

**Physician Information:**

*Phone Number: 734-756-7247 | *Fax Number: - -

*Physician's Name: Albert Ujkaj

*Address: 5710 Clio Rd

*City: Flint | State: mi | Zip Code: 48503-

- First date of disability: 08, 12, 24
- Date patient was last treated: 08, 14, 24
- Primary diagnosis for disability and ICD code: F41.1 Generalized Anxiety Disorder
- Additional diagnoses: F43.10 Post Traumatic Stress Disorder
- Pregnancy claims: Date of delivery: / / ☐ Vaginal ☐ Cesarean
- If not delivered, expected delivery date: / /
- Please advise of any complications:
- Have you released the patient to return to work? ☒ No ☐ Yes (Date released: / / )
    - Patient released to work: ☐ Full-Time ☐ Part-Time ☐ Light Duty
    - If part time/light duty, please provide the date the patient is expected to return to full duty: / /
- If patient has not been released, please provide the next appointment date: 08 / 19 / 24 Please also provide the date of expected release: 08 / 30 / 2024
- If the patient has been released, please provide the date released: / /
- Is patient permanently disabled? ☒ No ☐ Yes (Medical records will be required if permanent disability is indicated; please provide medical records to patient.)

**Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime, and subjects such person to criminal and civil penalties.**

[signature]
PHYSICIAN SIGNATURE

TAX ID NUMBER

08-14-24
DATE



00173 0 0495
PCEXD150

# CONTINUING DISABILITY CLAIM FORM - EMPLOYER'S STATEMENT

***Policy Number:** P029F5W1

**Policyholder Information:** This * denotes a required field.

*Last Name: [redacted] Davis
Suffix:
*First Name: ANGELA
MI:

*Date of Birth (mm/dd/yy): [redacted]

*Employee's Name (Last Name, Suffix, First Name, MI): DAVIS ANGELA MARIE

*Employer's Name/Account #:
*Employer Phone Number: 810-233-8787

*Employer's Address: 605 GARLAND ST

*City: FLINT
*State: MI
*Zip Code: 48503-

- First date of disability: 4 / 12 / 24
- Has the employee returned to work? ☑ No ☐ Yes
  If no, expected return to work date: 9 / 1 / 24 If yes, date returned to work: ___/___/___
- If the employee has returned to work is he or she working: ☐ Full-Time ☐ Part-Time ☐ Light Duty
  If employee is working part-time or light duty, please provide the number of working hours per week: ________
  If working part-time/light duty, date he or she began part-time/light duty: ___/___/___
  If working part-time, date expected to return to work to full time: ___/___/___
  If part-time/light duty, is/was the employee earning at least 80% of his/her pre-disability salary? ☐ No ☐ Yes
- Is the person still employed? ☐ No ☑ Yes If no, last date of employment: ___/___/___

***Please note:***

The employer is required to report disability benefits paid on pre-tax plans on Form 941 and the employee's Form W-2.

**Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime, and subjects such person to criminal and civil penalties.**

| EMPLOYER'S SIGNATURE | EMPLOYER'S PRINTED NAME | TITLE | DIRECT PHONE NUMBER | DATE |
|---|---|---|---|---|
| Dr. Chris C. Townsend (signature) | DR CHRIS TOWNSEND | EXE. DIRECTOR | 810-233-8787 | 1/3/25 |

**American Family Life Assurance Company of Columbus (Aflac)**
**ATTN: Claims Department • 1932 Wynnton Road • Columbus, GA 31999**
**For information or to check claim status, visit aflac.com or call 1-800-99-AFLAC (1-800-992-3522)**
**Claims may be faxed to 1-877-44-AFLAC (1-877-442-3522)**

Aflac®

# CONTINUING DISABILITY CLAIM FORM

**Thank you for trusting Aflac with your Continuing Disability needs.**

- **To file your claim online, upload documentation on an existing claim, check claim status or get paid fast by signing up for direct deposit, register on Aflac.com or download the MyAflac mobile app.**

**To prevent delays, please provide documentation from your healthcare provider to support this claim. If you have additional bills or medical documentation that relates to this diagnosis other than the documentation defined, please submit them for review of additional benefits.**

- **Service related items can be obtained directly from the patient's healthcare provider(s) by requesting a UB04 hospital bill or HCFA 1500 non-hospital bill.**
- **Failure to complete all sections may result in a delay in processing this claim.**
- **Disclaimer: Some of the services listed may not be covered by your policy.**

***Policy Number:**

**Policyholder Information:** This * denotes a required field.

*Last Name: Davis　Suffix: —　*First Name: Angella　MI: M

*Date of Birth (mm/dd/yy): [redacted]　Telephone Number where we can reach you: 810-835-9060

*Home Address: 6189 Cypress DR

*City: Mount Morris　*State: MI　*Zip Code: 48458-

☐ *Check box if this is a permanent address change.*

**Patient Information:**

*Last Name: Davis　*First Name: Angella　*Date of Birth (mm/dd/yy): 04/17/75

*Sex: ☐ Male ☑ Female

*Relationship: ☐ Primary Policyholder ☐ Spouse

**Continuing Disability Checklist**

- Is disability due to a sickness? ☑ No ☐ Yes
- Is disability due to an injury? ☑ No ☐ Yes
  - If yes, please complete the following questions related to the injury:
    - Date of the injury: ____/____/____
    - Describe how the injury occurred: ____
    - Was this disability caused by an incident that occurred while performing the duties of the patient's employment? ☐ No ☑ Yes

**For all claims, please complete all remaining sections.**

- Was the patient confined to the hospital as a result of this condition? ☑ No ☐ Yes (If yes, please submit the itemized hospital bill, UB04, or HCFA 1500)
- Hospital name: ____
- City: ____ State: ____

**Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime, and subjects such person to criminal and civil penalties.**

Angela Davis
**POLICYHOLDER/PATIENT SIGNATURE**

**FAMILY RELATIONSHIP, IF NOT POLICYHOLDER**

7/3/25 ~~10/10/24~~
**DATE**

**American Family Life Assurance Company of Columbus (Aflac)**
**ATTN: Claims Department • 1932 Wynnton Road • Columbus, GA 31999**
**For information or to check claim status, visit aflac.com or call 1-800-99-AFLAC (1-800-992-3522)**
**Claims may be faxed to 1-877-44-AFLAC (1-877-442-3522)**



00173 0 0494
PCEXD150